**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

| | |
|---|---|
| FRANCISCO ANAYA-MONTIEL,<br>ISRAEL ANTONIO-RAMIREZ,<br>JUAN ANTONIO-RITA,<br>SAUL ARELLANO-HIDALGO,<br>GERARDO AVILA-ARROYO,<br>PEDRO BARTOLO-ALBINO,<br>ZENAIDO BENITEZ-HERNANDEZ,<br>MARIO BONILLA-HERNANDEZ,<br>ANTONIO BRICAIRE-BENITEZ,<br>PEDRO CASTELLANOS-De La CRUZ,<br>BULMARO CHAVEZ-CALLEJAS,<br>GERMAN CHAVEZ-CHAVEZ,<br>EDMUNDO CHAVEZ-NAVA,<br>RAUL CHAVEZ-RESENDIZ,<br>NESTOR CRUZ-BENITEZ,<br>JULIO CUELLAR-GARCIA,<br>CELSO DeJESUS-GARCIA,<br>FILOMENO De La CRUZ-REYES,<br>ELIEL DEL ANGEL-SIMBRON,<br>JUAN ANTONIO DURAN-MORA,<br>GONZALO ESTEBAN-GONZALEZ,<br>CELSO TOMAS FERNANDEZ-<br>    GUTIERREZ,<br>PEDRO GARCIA-ALEJO,<br>J. MARGARITO GARCIA-HERNANDEZ,<br>LUIS GOMEZ-LOPEZ,<br>RENE GONZALEZ-MELGAREJO,<br>SALVADOR HERNANDEZ-ANDRES,<br>GENARO HERNANDEZ-CANO,<br>NESTOR HERNANDEZ-GARCIA,<br>ALEJANDRO HERNANDEZ-LINOS,<br>BERNABE HERNANDEZ-LUGO,<br>GUILLERMO HERNANDEZ-MELO,<br>JUAN ANTONIO HERNANDEZ-<br>    RODRIGUEZ,<br>LUCIO HUERTA-SANCHEZ,<br>ALBERTO ISTACUA-HERNANDEZ,<br>ELEUTERIO ITEHUA-<br>    TLAXCALTECATL, | **Case No. 8:12-cv-858-T-27-AEP** |

357676_1.DOC

**ALLEN, NORTON & BLUE, P.A.**
PROFESSIONAL ASSOCIATION

**RUFINO IXTACUA-HERNANDEZ,**
**AMADO JIMENEZ-SAN MARTIN,**
**RICARDO JUAREZ-RIVERA,**
**DELFINO LIVE-AVILA,**
**FIDEL LIVE-AVILA,**
**PEDRO LIVE-AVILA,**
**CARLOS LOPEZ-CRUZ,**
**JULIAN LOPEZ-ESQUIVEL,**
**CIRO LOPEZ-GARCIA,**
**BRUNO LUGO-PEREZ,**
**SATURNINO LUGO-SIERRA,**
**FELIX MARIA-ARGUELLO,**
**NEMORIO MARIA-ARGUELLO,**
**DIONISIO MARTAGON-CORTES,**
**CARMELO MARTINEZ-PEÑA,**
**PORFIRIO MAYAHUA-LEYNES,**
**CLEMENTE MELO-LUGO,**
**JESUS MENDEZ-PERDOMO,**
**ANTELMO MENDOZA-CEFERINO,**
**SERVANDO MIRANDA-PREZA,**
**FACUNDO MORALES-GONZALEZ,**
**SANTIAGO NUÑEZ-RITA,**
**JUSTINO OLAYA-SERRANO,**
**MARCO ANTONIO ORTIZ-LORENZO,**
**CIRO PEREZ-GARDUÑO,**
**ENRIQUE RAMIREZ-LOBATO,**
**VENANCIANO REYES-DOMINGUEZ,**
**MARTIN RIVERA-HERNANDEZ,**
**TEODORO ROJAS-LAZARO,**
**JUAN ROMERO-DUARTE,**
**ALBERTO SALOME-PEÑA,**
**AGUSTIN SANCHEZ-CHAVEZ,**
**JORGE SANCHEZ-CHAVEZ,**
**ARNULFO SANCHEZ-MARTINEZ,**
**JUAN SANTIAGO-GUZMAN,**
**AQUILEO SANTOS-LUCAS,**
**LUIS ANTONIO SOTO-MERCADO,**
**JUAN CARLOS TELLO-SANCHEZ,**
**RUFINO TEMOXTLE-DOLORES,**
**MELITON TEPOLE-TETZOYOTL,**
**ZENAIDO MISAEL TETZOYOTL-**
   **XOCHIQUIQUIXQUI,**
**AARON TLEHUACTLE-ACATZIHUA,**

| | |
|---|---|
| **ARMANDO TOMAS-REYES and FLORENTINO TOMAS-REYES,**<br><br>             **Plaintiffs,**<br><br>**v.**<br><br>**OVERLOOK HARVESTING COMPANY, LLC and BENTLEY BROTHERS, INC.,**<br><br>             **Defendants.** | |

## RULE 3.08 NOTICE OF PROPOSED COMPROMISE

Overlook Harvesting, LLC and Bentley Brothers, Inc. ("Defendants"), by and through their undersigned counsel and pursuant to the requirements of Rule 3.08, Local Rules for the Middle District of Florida, hereby notify the Court that this case has been resolved by the parties contingent upon approval of the proposed resolution by this Court. The undersigned counsel for Defendants expects that counsel for the parties will submit a Joint Motion to Approve Proposed Settlement within the next twenty (20) days.

Dated: August 2, 2013                                                          Respectfully submitted,

                                                                                              /s/ David J. Stefany
                                                                                              DAVID J. STEFANY
                                                                                              Florida Bar No. 0438995

                                                                                              **ALLEN, NORTON & BLUE, P.A.**
                                                                                              Hyde Park Plaza - Suite 225
                                                                                              324 South Hyde Park Avenue
                                                                                              Tampa, Florida 33606-4127
                                                                                              Tel:   (813) 251-1210
                                                                                              Fax:   (813) 253-2006
                                                                                              E-Mail:  dstefany@anblaw.com
                                                                                              *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of August, 2013, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to Gregory S. Schell, Esquire, and Victoria Mesa, Esquire, Migrant Farmworker Justice Project, 508 Lucerne Avenue, Lake Worth, Florida 33460-3819.

/s/ **David J. Stefany**
ATTORNEY