UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

FRANCISCO ANAYA-MONTIEL *et al.*,

    Plaintiffs,

vs.                                  Case No. 8:12-cv-00858-JDW-AEP

OVERLOOK HARVESTING
COMPANY, LLC and BENTLEY
BROTHERS, INC.,

    Defendants,
_____/

## ORDER

**BEFORE THE COURT** is the Joint Motion for Approval of Settlement Agreement and Proposed Settlement Agreement, Full and Final Release and Covenant Not to Sue (Dkts. 16, 16-1). The Proposed Settlement Agreement is a reasonable compromise of disputed issues and constitutes a fair and reasonable settlement between the parties, who are represented by experienced counsel. *See Lynn's Food Stores, Inc. v. U.S. ex rel. U.S. Dep't of Labor, Employment Standards Admin., Wage & Hour Div.*, 679 F.2d 1350, 1355 (11th Cir. 1982).

Accordingly, the Joint Motion for Approval of Settlement Agreement (Dkt. 16) is **GRANTED** and the Proposed Settlement Agreement, Full and Final Release and Covenant Not to Sue (Dkt. 16-1) is **APPROVED**. This case is **DISMISSED** *with prejudice*.

**DONE AND ORDERED** this 27th day of August, 2013.

                                            JAMES D. WHITTEMORE
                                            United States District Judge

Copies to: Counsel of Record